AO 458 (Rev. 5/85) Appearance

# United States District Court

FILED

U.S. DISTRICT COURT
NEW HAVEN, CONN.

_____ DISTRICT OF ____CONNECTICUT_____

| | |
|---|---|
| EVELINE GOINS<br>　　　　　Plaintiff | APPEARANCE |
| V | |
| JBC & ASSOCIATES, P.C.　　　:<br>JACK H. BOYAJIAN　　　　　:<br>MARVIN BRANDON | CASE NUMBER: 3:03 CV 636 (JBA) |
| 　　　　　Defendant | |

To the Clerk of this court and all parties of record:

　　　Enter my appearance as counsel in this case for JBC & Associates, P.C., Jack H. Boyajian, and Marvin Brandon

_____12/4/03_____　　　　　　　　　　　_____/s/ signature_____
Date　　　　　　　　　　　　　　　　　　Signature

　　　　　　　　　　　　　　　　　　　　Jonathan D. Elliot
　　　　　　　　　　　　　　　　　　　　Print Name

　　　　　　　　　　　　　　　　　　　　Kleban & Samor, P.C.
　　　　　　　　　　　　　　　　　　　　2425 Post Road
　　　　　　　　　　　　　　　　　　　　Address
　　　　　　　　　　　　　　　　　　　　Southport,　　CT　　06490
　　　　　　　　　　　　　　　　　　　　City　　　　State　　Zip Code

　　　　　　　　　　　　　　　　　　　　(203) 254-8969
　　　　　　　　　　　　　　　　　　　　Phone Number

　　　　　　　　　　　　　　　　　　　　ct　15762
　　　　　　　　　　　　　　　　　　　　Federal Juris No.

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 4th day of December 2003, to:

> Joanne S. Faulkner, Esq.
> 123 Avon Street
> New Haven, CT 06511

_____
Jonathan D. Elliot