# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

GOINS

VS

JBC & ASSOCIATES

RECEIVED DEC 8 2003

CASE NO.: 303 cv 636 JBA03

FILED DEC 9 9 42 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

DECEMBER 5, 2003

PRELIMINARY or FINAL

### SETTLEMENT CONFERENCE REPORT OF SPECIAL MASTERS

****NOTE: ALL INFORMATION MUST BE LEGIBLY WRITTEN!****

1. DATE OF CONFERENCE(S): 12/4/03

2. TRIAL ATTORNEYS PRESENT:

   PLAINTIFF:

   DEFENDANT:

3. PARTIES PRESENT: No

4. CASE SETTLED: YES___ NO ✗

5. FOLLOW UP CONFERENCE TO BE SCHEDULED: YES ✗ NO___

6. FINAL SETTLEMENT CONFERENCE REPORT TO BE FILED BY: _____

7. COMMENTS:

_____          _____
SPECIAL MASTER SIGNATURE              SPECIAL MASTER SIGNATURE

THE SPECIAL MASTERS ARE TO COMPLETE AND FILE THIS REPORT WITH
THE CLERK'S OFFICE, IMMEDIATELY FOLLOWING THE CONFERENCE

A SECOND OR FINAL REPORT MAY BE FILED AS NEEDED

Rev. 06/01/98