UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.  CASE NO. 3:03CV 636 (JBA)

JBC & ASSOCIATES, P.C.   January 20, 2004
ET AL.

### LOCAL RULE 37 AFFIDAVIT RE UNOBJECTED-TO DISCOVERY

I certify, pursuant to 28 U.S.C. §1746, that I reminded defense counsel orally at the status conference of October 2, 2003, and by e-mail on Nov. 19, Nov. 24, Dec. 3, 2003, and Jan 19, 2004 that discovery responses were overdue. It is apparent that an order is necessary to obtain any information.

There is no known dispute as to the contents of the unobjected-to discovery. I certify under penalty of perjury that the foregoing is true and correct. Executed on January 20, 2004.

_/s/ Joanne S. Faulkner____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511
(203) 772-0395
j.faulkner@snet.net

This is to certify that the foregoing was mailed on January 20, 2004, postage prepaid, to:

Jonathan D. Elliot
Sabatino Fiano
P. O. Box 763
Southport CT 06490

_____/s/ Joanne S. Faulkner_____
Joanne S. Faulkner