UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOINS | : | FILED |
| v. | : | Feb 13  8:54 AM '04 |
| JBC & ASSOC, PC, ET AL | : | NO. 3:03cv636 (JBA) |

### SUPPLEMENTAL SCHEDULING ORDER

At the status conference with counsel 2/12/04, the following supplemental schedule was ordered:

1. Plaintiff's Motion for Summary Judgment will be filed 4/1/04; defendant's opposition will be filed by 4/22/04; plaintiff's reply, if any, will be filed by 5/6/04.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:    **February 12, 2004**