UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                    CASE NO. 3:03CV 636 (JBA)

JBC & ASSOCIATES, P.C.
ET AL.                                January 20, 2004

PLAINTIFF'S MOTION TO COMPEL
DISCOVERY: NO OBJECTIONS

Pursuant to Fed. R. Civ. P. 37(a), 33(b), 34(b) and 6(b)(2), Plaintiff moves to compel

defendant to respond to interrogatories and production requests served on September 2,

2003. Defendants have neither responded nor objected within the time limited by the Federal

Rules.

THE PLAINTIFF

ORAL ARGUMENT IS
NOT REQUESTED

BY _____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511
(203) 772-0395
j.faulkner@snet.net

This is to certify that the foregoing and attached was mailed on January 20, 2004, postage prepaid, to:

Jonathan D. Elliot
Sabatino Fiano
P. O. Box 763
Southport CT 06490

_____
Joanne S. Faulkner

2/12/04: Motion GRANTED, on consent. Defendants represent that they have fully complied with plaintiff's discovery as of

February 12, 2004.

IT IS SO ORDERED.
Dated at New Haven, Connecticut.

Janet Bond Arterton