UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                              CASE NO. 3:03CV 636 (JBA)

JBC & ASSOCIATES, P.C.
ET AL.                          February 18, 2004

### PLAINTIFF'S MOTION FOR RULE 37 ORDERS

On February 12, 2004, this Court granted plaintiff's motion to compel and defendants represented that they would fully comply with discovery requests that date. Defendant instead served unverified interrogatory responses, did not "identify" per D. Conn. L. Civ. Rule 26, and evasively responded to interrogatories and production requests.

Pursuant to Fed. R. Civ. P. 37(b)(2) or (d), plaintiff moves for the entry of a default against defendants, an order that the allegations of the complaint shall be taken to be established against the defendants, and an order striking their affirmative defenses.

THE PLAINTIFF

ORAL ARGUMENT NOT REQUESTED

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511
(203) 772-0395

This is to certify that the foregoing was mailed on February 18, 2004, postage prepaid, to:

Jonathan D. Elliot
Sabatino Fiano
P. O. Box 763
Southport CT 06490

_/s/ Joanne S. Faulkner_____
Joanne S. Faulkner