UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                CASE NO. 3:03CV 636 (JBA)

JBC & ASSOCIATES, P.C.
ET AL.                                              February 18, 2004

LOCAL RULE 37 AFFIDAVIT


The undersigned certifies, pursuant to 28 U.S.C. §1746, that prior to filing this Motion, she e-mailed defense counsel and discussed by telephone the missing verification and information. There is no known discovery dispute between the parties. The defendants failed to comply with the Court's Order.

I certify under penalty of perjury that the foregoing is true and correct. Executed on February 18, 2004

_____/s/ Joanne S. Faulkner____
JOANNE S. FAULKNER ct04137


This is to certify that the foregoing was mailed on February 18, 2004, postage prepaid, to:

Jonathan D. Elliot
Sabatino Fiano
P. O. Box 763
Southport CT 06490

_____/s/ Joanne S. Faulkner_____
Joanne S. Faulkner