UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.  CASE NO. 3:03CV 636 (JBA)

JBC & ASSOCIATES, P.C.
ET AL.  February 25, 2004

## PLAINTIFF'S MOTION TO COMPEL
## DEPOSITION AT THE COST OF DEFENDANTS

Pursuant to Fed. R. Civ. P. 37(a), and 34(b), Plaintiff moves to compel defendant Boyajian to appear for a deposition in New Haven, and to pay all costs of the deposition, including plaintiff's attorney's fees. As the Court was informed on February 12, 2004, Mr. Boyajian's deposition had been noticed for February 26, 2004. As has repeatedly occurred in the three Goins litigations, defense counsel announced the deponent was "unavailable." Discovery herein ends on March 1, and defendants have yet to provide significant information, particularly how the $10,000 figure was reached as the amount owing on a Wilson Suede & Leather account which had been substantially less just a year earlier. See discovery responses appended to Motion for Rule 37 Orders filed Feb. 2004.

THE PLAINTIFF

ORAL ARGUMENT IS
NOT REQUESTED

BY___/s/ Joanne S. Faulkner_____
JOANNE S. FAULKNER  ct04137
123 Avon Street
New Haven, CT 065l1
(203) 772-0395
j.faulkner@snet.net

This is to certify that the foregoing and attached was mailed on February 24, 2004, postage prepaid, to:

Jonathan D. Elliot  
Sabatino Fiano  
P. O. Box 763  
Southport CT 06490                             __/s/ Joanne S. Faulkner_____  
                                                Joanne S. Faulkner