UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                                   CASE NO. 3:03CV 636 (JBA)

JBC & ASSOCIATES, P.C. ET AL.           February 25, 2004

### PLAINTIFF'S MEMORANDUM RE MOTION TO COMPEL DEPOSITION

Plaintiff took Mr. Boyajian's deposition in another matter on January 27, 2004. He was not prepared to discuss the letter at issue in this case, or the calculations to reach the ten-fold increase in the Wilson Suede & Leather account in just over a year. Moreover, defense counsel objected to pursuing the line of questioning about this case.

On January 29, pursuant to the parties' agreement that both plaintiff's and Boyajian's deposition would be taken in New Haven on the same date, plaintiff noticed Mr. Boyajian's deposition for February 26 accordingly. Despite the advance notice, defense counsel advised on February 20 that Mr. Boyajian was unavailable. He had been similarly unavailable at the last minute for a duly noticed deposition for November 13, 2003. See attached.

Defendant did not object to the deposition or its location. Fed. R. Civ. P. 32(d)(1).

### CONCLUSION

The Motion to Compel should be granted in all respects. "District courts should not countenance 'purposeful sluggishness' in discovery on the part of parties or attorneys and should be prepared to impose sanctions when they encounter it." Residential Funding Corp. v. DeGeorge Financial Corp., 306 F.3d 99 (2d Cir. 2002).

                        THE PLAINTIFF

                  BY___/s/ Joanne S. Faulkner_____
                    JOANNE S. FAULKNER ct04137
                      123 Avon Street
                      New Haven, CT 065l1
                  (203) 772-0395
                  j.faulkner@snet.net

This is to certify that the foregoing was mailed on February 24, 2004, postage prepaid, to:

Jonathan D. Elliot
Sabatino Fiano
P. O. Box 763
Southport CT 06490

                  _____/s/ Joanne S. Faulkner_____
                      Joanne S. Faulkner