UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                    CASE NO. 3:03CV 636 (JBA)

JBC & ASSOCIATES, P.C.
ET AL.                                February 25, 2004

<u>LOCAL RULE 37 AFFIDAVIT</u>

The undersigned certifies, pursuant to 28 U.S.C. §1746, that the undersigned has

requested defendants to produce Boyajian for a deposition in New Haven and depose plaintiff

on the same date pursuant to agreement. The agreement was entered into because defendants

declined to take plaintiff's deposition in August 2003, despite plaintiff's and her counsel's

travel to Southport pursuant to the defendant's deposition notice. Defendants refuse to abide

by their agreement.

I certify under penalty of perjury that the foregoing is true and correct. Executed on Feb. 24,

2004.


                                    ___/s/ Joanne S. Faulkner___
                                    JOANNE S. FAULKNER ct04137
                                    123 Avon Street
                                    New Haven, CT  06511-2422
                                    (203) 772-0395
                                    j.faulkner@snet.net


        This is to certify that the foregoing and attached was mailed on Feb 24, 2004, postage
prepaid, to:

Jonathan D. Elliot
Sabatino Fiano
P. O. Box 763
Southport CT 06490

                                    ___/s/ Joanne S. Faulkner___
                                    Joanne S. Faulkner