UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                                         CASE NO. 3:03CV 636 (JBA)

JBC & ASSOCIATES, P.C.                     February 24, 2004
ET AL.

## **LOCAL RULE 37 AFFIDAVIT RE DEPOSITION**

     I certify, pursuant to 28 U.S.C. §1746, that in accordance with the parties' agreement and scheduling order herein, on January 29, I noticed the deposition of Jack Boyajian for February 26 in New Haven. Defense counsel did not serve a written objection to the date or location. Defense counsel notified me on Feb. 20 that the deponent was not available and refused to produce him. It is apparent that an order is necessary to obtain any deposition as well as essential information.

I certify under penalty of perjury that the foregoing is true and correct. Executed on February 24, 2004.

                                             ___/s/ Joanne S. Faulkner_____
                                             JOANNE S. FAULKNER ct04137
                                                 123 Avon Street
                                                 New Haven, CT 065l1
                                                 (203) 772-0395
                                                 j.faulkner@snet.net

     This is to certify that the foregoing was mailed on February 24, 2004, postage prepaid, to:

Jonathan D. Elliot
Sabatino Fiano
P. O. Box 763
Southport CT 06490

                                             ____/s/ Joanne S. Faulkner_____
                                                Joanne S. Faulkner