UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.  CASE NO. 3:03CV 636 (JBA)

JBC & ASSOCIATES, P.C.
ET AL.  March 4, 2004

### PLAINTIFF'S MOTION TO COMPEL DISCOVERY: NO OBJECTIONS

Pursuant to Fed. R. Civ. P. 37(a), 33(b), 34(b) and 6(b)(2), Plaintiff moves to compel defendant to respond to interrogatories and production requests served on January 29, 2004.

Defendants have neither responded nor objected within the time limited by the Federal Rules.

THE PLAINTIFF

ORAL ARGUMENT IS
NOT REQUESTED

BY____/s/ Joanne S. Faulkner____
JOANNE S. FAULKNER  ct04137
123 Avon Street
New Haven, CT 06511
(203) 772-0395
j.faulkner@snet.net

This is to certify that the foregoing and attached was mailed on March 4, 2004, postage prepaid, to:

Jonathan D. Elliot
Sabatino Fiano
P. O. Box 763
Southport CT 06490               _/s/ Joanne S. Faulkner___
                                       Joanne S. Faulkner