UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                              CASE NO. 3:03CV 636 (JBA)

JBC & ASSOCIATES, P.C.                          March 4, 2004
ET AL.

**LOCAL RULE 37 AFFIDAVIT RE UNOBJECTED-TO DISCOVERY**

I certify, pursuant to 28 U.S.C. §1746, that I reminded defense counsel orally at the status and in writing that discovery responses were imminently due and then had become overdue. Counsel has not responded to my telephone or email messages regarding the overdue discovery. It is apparent that an order is necessary to obtain any information.

There is no known dispute as to the contents of the unobjected-to discovery. I certify under penalty of perjury that the foregoing is true and correct. Executed on March 4, 2004.

                                                        ____/s/ Joanne S. Faulkner____
                                                    JOANNE S. FAULKNER ct04137
                                                     123 Avon Street
                                                     New Haven, CT 06511
                                                       (203) 772-0395
                                                      j.faulkner@snet.net

This is to certify that the foregoing was mailed on March 4, 2004, postage prepaid, to:

Jonathan D. Elliot
Sabatino Fiano
P. O. Box 763
Southport CT 06490

                                        _____/s/ Joanne S. Faulkner_____
                                                       Joanne S. Faulkner