UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                                              CASE NO. 3:03CV 636 (JBA)

JBC & ASSOCIATES, P.C.
ET AL.                                                          March 29, 2004

<u>PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT</u>

Plaintiff moves for summary judgment against each defendant as to liability alone on the following violations which are undisputed or indisputable. The defendants violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692e and §1692f, and parallel state law in *at least* the following respects: Defendants drafted and sent a collection letter dated February 17, 2003 (1) even though they were not licensed to collect as required by Connecticut law; (2) even though they knew plaintiff was represented by counsel; (3) which demanded considerably more than any possible amount of the alleged debt; (4) which threatened to sue on a time-barred debt.

THE PLAINTIFF

BY__/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
    123 Avon Street
    New Haven, CT 06511-2422
    (203) 772-0395
    j.faulkner@snet.net

    This is to certify that the foregoing was mailed on March 27, 2004, postage prepaid, to:

Jonathan D. Elliot
Sabatino Fiano
P. O. Box 763
Southport CT 06490

                                                     ___/s/ Joanne S. Faulkner___
                                                     Joanne S. Faulkner