UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                    CASE NO. 3:03CV 636 (JBA)

JBC & ASSOCIATES, P.C.
ET AL.

## AFFIDAVIT

1. I am the plaintiff in this action under the Fair Debt Collection Practices Act and CUTPA. I am over the age of 18 and believe in the obligation of an oath. I make this affidavit in support of my motion for summary judgment.

2. I received the attached letter dated February 17, 2003, seeking payment on personal returned check(s) I supposedly wrote to a clothing merchant, Wilson Suede & Leather.

Dated 3/22/04                                      _____
                                                    Eveline Goins

# JBC & ASSOCIATES, P.C.
Attorneys at Law
2 Broad Street 6th Floor - Bloomfield NJ 07003-2591
Telephone: (800) 241-1510 Fax: (973) 259-0497

**CA Office**
9463 Wilshire Blvd Suite 340
Beverly Hills CA 90212

**NY Office**
11 Penn Plaza 5th Floor
New York NY 10001

**MA Office**
306 Dartmouth Street
Boston MA 02116

February 17, 2003

Eveline J Goins
45 3rd St
New Haven CT 06519-2715

**Re:** Wilson Suede & Leather
**File #:** 562183
**Driver's License:** 212895428
**Balance:** $10277.56

Dear Eveline J Goins:

You have obviously chosen to ignore our previous communication demanding that you make restitution on an NSF check(s) written to our above-referenced client(s). Our client(s) may now assume that you delivered the check(s) with intent to defraud, and may proceed with the allowable remedies.

Since you have not tendered payment for the full amount of the check(s) and service charge(s) within the 30 days provided, pursuant to Connecticut General Statutes Section 52-565a, you may be subject to statutory penalties as determined by the court, but in no event shall such amount be greater than the face value of the check or $400.00, whichever is less, for a total amount of $10277.56.

You may wish to settle this matter before we seek appropriate relief before a court of proper jurisdiction by a qualified attorney by contacting **Lori Brown at 800-241-1510**. If you qualify, you may also be able to use your American Express, Discover, Mastercard or Visa credit card to meet this obligation.

Very truly yours,

**JBC & ASSOCIATES, P.C.**
*Attorneys at Law*

This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose.

***Detach Lower Portion And Return With Payment***

NSDJBCA01002CT

---

JBC & Associates, P.C., Attorneys at Law
2 Broad Street 6th Floor
Bloomfield NJ 07003-2591

ADDRESS SERVICE REQUESTED

February 17, 2003

562183-002CT  227994  47755

Eveline J Goins
45 3rd St
New Haven CT 06519-2715

JBC & Associates, P.C.
*Attorneys at Law*
2 Broad Street 6th Floor
Bloomfield NJ 07003-2591

   This is to certify that the foregoing was mailed on March 27, 2004, postage prepaid, to:

Jonathan D. Elliot
Sabatino Fiano
P. O. Box 763
Southport CT 06490

                       _____
                       Joanne S. Faulkner