UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EVELINE GOINS | : | CIVIL ACTION NO. |
| | : | 3:03 CV 636 (JBA) |
| | : | |
| | : | |
| vs. | : | |
| | : | |
| | : | |
| JBC & ASSOCIATES, P.C. | : | |
| JACK H. BOYAJIAN | : | |
| MARVIN BRANDON | : | APRIL 20, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

The defendants hereby move for additional time, through and until May 14, 2004, within which to reply to the plaintiff's motion for summary judgment.  The additional time is needed as a result of the undersigned's court schedule, which requires that counsel attend trials, depositions and/or other evidentiary hearings on April 19-22, April 26-27, April 30, and May 10-11, 2004.

This is the first request directed to the subject time period.  Plaintiff's counsel consents to the requested extension.

THE DEFENDANTS,


By:_____
        Sabato P. Fiano (Ct 18879)
        Kleban & Samor, P.C.
        2425 Post Road
        Southport, CT 06490
        (203) 254-8963

1

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed postage prepaid this 20th day of April 2004, to:

        Joanne S. Faulkner, Esq.
        123 Avon Street
        New Haven, CT 06511


_____

Sabato P. Fiano