UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOINS | : |
| v. | : NO. 3:03cv636 (JBA) |
| JBC & ASSOCIATES, P.C., ET AL | : |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge **JOAN G. MARGOLIS**, for the following purpose(s):

- Settlement Conference:
  *(Orefmisc.cnf)*

✔ - Supervising discovery and resolving discovery disputes:
  *(Orefmisc.dscv)*

- Recommended Ruling On:    *(Orefm.)*

- Referred for hearing:
  *(Orefcs.)*

IT IS SO ORDERED.

/Janet Bond Arterton
United States District Judge

**Dated at New Haven, Connecticut: April 23, 2004**