39

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS : CIVIL ACTION NO.
: 3:03 CV 636 (JBA)
:
vs. :
:
:
JBC & ASSOCIATES, P.C. :
JACK H. BOYAJIAN :
MARVIN BRANDON : APRIL 20, 2004

## MOTION FOR ENLARGEMENT OF TIME

The defendants hereby move for additional time, through and until May 14, 2004, within which to reply to the plaintiff's motion for summary judgment. The additional time is needed as a result of the undersigned's court schedule, which requires that counsel attend trials, depositions and/or other evidentiary hearings on April 19-22, April 26-27, April 30, and May 10-11, 2004.

This is the first request directed to the subject time period. Plaintiff's counsel consents to the requested extension.

THE DEFENDANTS,

By: _____
Sabato P. Fiano (Ct 18879)
Kleban & Santor, P.C.
2425 Post Road
Southport, CT 06490
(203) 254-8963

4/26/04: Motion GRANTED, with consent, to and including 5/14/04.
IT IS SO ORDERED.
Dated at New Haven, Connecticut.

Janet Bond Arterton, U.S.D.J.

1