IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

```
-------------------------------------------------x
                                                 :
EVELINE GOINS                                    :   3:03CV636(JBA)
                                                 :
v.                                               :
                                                 :
JBC & ASSOCIATES, PC,  ET AL.                    :   APRIL 27, 2004
                                                 :
-------------------------------------------------x
```

## ORDER

On April 26, 2004, Judge Janet Bond Arterton referred <u>Eveline Goins v. JBC & Associates, PC, et al.</u> to this Magistrate Judge. (<u>See</u> Dkt. #40). For the duration of this Magistrate Judge's involvement with this file, courtesy copies of all filings should be forwarded to her Chambers, at 141 Church Street, Room 303, New Haven, Connecticut 06510.

Dated at New Haven, Connecticut, this 27th day of April, 2004.

                                              /s/
                                   Joan G. Margolis
                                   U. S. Magistrate Judge