**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**GOINS**                              :

**v.**                                 :     NO. 3:03cv636 (JBA)

**JBC & ASSOC, PC, ET AL**             :

**ENDORSEMENT ORDER [DOC. #43]**

Motion for Enlargement of Time [doc. #43] is GRANTED, with consent, to and including 5/21/04. No further extensions will be granted absent a showing of extreme good cause.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**   **May 19, 2004**