UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EVELINE GOINS | : | CIVIL ACTION NO. |
| | : | 3:03 CV 636 (JBA) |
| vs. | : | |
| JBC & ASSOCIATES, P.C. | : | |
| JACK H. BOYAJIAN | : | |
| MARVIN BRANDON | : | MAY 20, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

The defendants hereby move for additional time, to and including May 31, 2004, within which to reply to the plaintiff's motion for summary judgment. Defense counsel is in the process of preparing the response and additional time is needed to complete the response and obtain a signed affidavit from the defendant. The undersigned counsel just learned that one of the affiants needed is currently out of the country.

This is the third request directed to the subject time period and is made with consent of plaintiff's counsel.

THE DEFENDANTS,

By: _____
Jonathan D. Elliot (Ct 05762)
Kleban & Samor, P.C.
2425 Post Road
Southport, CT 06490
(203) 254-8969

1

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed postage prepaid this 20th day of May 2004, to:

>Joanne S. Faulkner, Esq.
>123 Avon Street
>New Haven, CT 06511

_____
Jonathan D. Elliot

2