**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **GOINS** | : |
| **v.** | :   NO. 3:03cv636 (JBA) |
| **JBC & ASSOC, PC, ET AL** | : |

**ENDORSEMENT ORDER [DOC. #46]**

Motion for Enlargement of Time [doc. #46] is GRANTED, with consent, to and including 6/1/04.  No further extensions will be granted absent a showing of extreme good cause.

IT IS SO ORDERED.

/S/
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:   May 27, 2004**