FILED
Jun 1  2 12 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS                    :     CIVIL ACTION NO.
                                 :     3:03 CV 636 (JBA)
                                 :
                                 :
vs.                              :
                                 :
                                 :
JBC & ASSOCIATES, P.C.           :
JACK H. BOYAJIAN                 :
MARVIN BRANDON                   :     MAY    , 2004

### AFFIDAVIT IN OPPOSITION TO
### PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT

We, Jonathan D. Elliot and Sabato P. Fiano, do hereby state:

1. We are each over the age of eighteen and believe in the obligations of an oath.

2. We make this affidavit in support of the Defendants' Opposition to the Plaintiff's Motion for Summary Judgment in the above action.

3. We are each appearing counsel for above-named defendants in this action and have participated in responding to the Plaintiff's discovery requests in this action.

4. In her Motion for Summary Judgment, the Plaintiff relies upon certain Request for Admissions dated September 2, 2003, which Request is attached to Plaintiff's Motion papers. Plaintiff argues the Request is deemed admitted by virtue of the defendants' alleged failure to respond to the Request.

1

5. Prior to receiving the Plaintiff's Motion for Summary Judgment, neither of us had ever seen, been served with, received or were otherwise aware of the aforesaid Request for Admission.

_____
Jonathan D. Elliot

_____
Sabato P. Fiano

Subscribed and Sworn to
this 28th day of May 2004

_____
Notary Public
~~Commissioner of the Superior Court~~

**LESLIE B. GIULIANI**
***NOTARY PUBLIC***
**MY COMMISSION EXPIRES NOV. 30, 2006**

2

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed postage prepaid this 1st day of June 2004, to:

        Joanne S. Faulkner, Esq.
        123 Avon Street
        New Haven, CT 06511

_____
Jonathan D. Elliot