FILED

Jun 1 2 12 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS           :       CIVIL ACTION NO.
                        :       3:03 CV 636 (JBA)
                        :
vs.                     :
                        :
JBC & ASSOCIATES, P.C.  :
JACK H. BOYAJIAN        :
MARVIN BRANDON          :       MAY   , 2004

## AFFIDAVIT OF MARV BRANDON

I, MARVIN BRANDON, do hereby state under penalties of perjury, as follows:

1. I am named as a defendant in this action.

2. The plaintiff has alleged, with respect to this action, that I am a "debt collector."

3. The collection letter at issue in this action does not bear my signature. I did not draft the letter, nor did I cause it to be printed or mailed.

4. I had no personal involvement in any effort to collect moneys from the plaintiff relating to the letter in question or at or about the time of the letter in question.

1

5. I did not act as a debt collector within the meaning of the FDCPA in connection with any of the collection efforts challenged in this action.

I hereby state, under penalty of perjury that the foregoing statement is true to the best of my knowledge and belief

_____
Marvin Brandon

2

TOTAL P.03

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed postage prepaid this 1st day of June 2004, to:

>Joanne S. Faulkner, Esq.
>123 Avon Street
>New Haven, CT 06511

_____
Jonathan D. Elliot