FILED
Jun 1  2 12 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EVELINE GOINS | : | CIVIL ACTION NO. |
| | : | 3:03 CV 636 (JBA) |
| vs. | : | |
| JBC & ASSOCIATES, P.C. | : | |
| JACK H. BOYAJIAN | : | |
| MARVIN BRANDON | : | MAY 31, 2004 |

### MOTION TO STRIKE

The defendants in the above-captioned action hereby move to strike the following enumerated items and attachments contained in the plaintiff's LocalRule 56 (a)(1) Statement on the ground that they do not properly form part of a record in support of the plaintiff's motion for partial summary judgment:

Paragraphs 9,10, 15,16,17,18,19,20,29, and 31.

The grounds for excluding such information are variously the fact that the materials attached to the Rule 56(a)(1) statement are unauthenticated, or hearsay, or provide no basis for the inference set forth in such statement, or are otherwise immaterial to the plaintiff's motion for partial summary judgment as to liability and should be stricken from the record on the instant motion.

1

THE DEFENDANTS,

By: _____
Jonathan D. Elliot (Ct 05762)
Kleban & Samor, P.C.
2425 Post Road
Southport, CT 06490
(203) 254-8969

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed postage prepaid this 1st day of June 2004, to:

> Joanne S. Faulkner, Esq.
> 123 Avon Street
> New Haven, CT 06511

_____
Jonathan D. Elliot

2