UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                                   CASE NO. 3:03CV 636 (JBA) (JGM)

JBC & ASSOCIATES, P.C.   et al.                      June 4, 2004

**MOTION ON CONSENT TO EXTEND TIME**

The plaintiff moves for an extension of time until  July 15, 2004 to respond to defendants' Documents 48-54. For cause, the long-awaited deposition of defendant Boyajian has not yet taken place (previously scheduled for  November 13, 2003, February 26, 2004, and June 2, 2004) due to his unavailability. His deposition is now noticed for July 6, 2004. In addition, the undersigned will be out of state for much of June.

This is the first motion for extension of  time to respond to these documents. Defendants do not object.

                                                        THE PLAINTIFF


                                                        BY___/s/ Joanne S. Faulkner____
                                                        JOANNE S. FAULKNER ct04137
                                                        123 Avon Street
                                                        New Haven, CT 06511-2422
                                                        (203) 772-0395
                                                                j.faulkner@snet.net


        This is to certify that the foregoing was mailed on June 3, 2004, postage prepaid, to:

Jonathan D. Elliot
Sabatino P. Fiano
P. O. Box 763
Southport CT 06490

                                                        _/s/ Joanne S. Faulkner_
                                                                Joanne S. Faulkner