55

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

JUN 7  1 50 PM '04

U.S DISTRICT COURT
NEW HAVEN, CONN

EVELINE GOINS

v.                                       CASE NO. 3:03CV 636 (JBA) (JGM)

JBC & ASSOCIATES, P.C.  et al.                          June 4, 2004

### MOTION ON CONSENT TO EXTEND TIME

The plaintiff moves for an extension of time until  July 15, 2004 to respond to

defendants' Documents 48-54. For cause, the long-awaited deposition of defendant

Boyajian has not yet taken place (previously scheduled for  November 13, 2003, February

26, 2004, and June 2, 2004) due to his unavailability. His deposition is now noticed for

July 6, 2004. In addition, the undersigned will be out of state for much of June.

This is the first motion for extension of  time to respond to these documents.

Defendants do not object.

                                       THE PLAINTIFF

                                       BY___/s/ Joanne S. Faulkner____
                                       JOANNE S. FAULKNER ct04137
                                       123 Avon Street
                                       New Haven, CT 06511-2422
                                       (203) 772-0395
                                             j.faulkner@snet.net

FILED

JUN 15  9 17 AM '04

U.S DISTRICT COURT
NEW HAVEN, CONN

This is to certify that the foregoing was mailed on June 3, 2004, postage prepaid, to:

Jonathan D. Elliot
Sabatino P. Fiano
P. O. Box 763
Southport CT 06490

                                       _/s/ Joanne S. Faulkner_
                                       Joanne S. Faulkner

6/14/04 - Granted to 7/15/04, absent objection.