UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.   CASE NO. 3:03CV 636 (JBA) (JGM)

JBC & ASSOCIATES, P.C.  et al.   July 12, 2004

MOTION TO STRIKE PORTIONS OF BOYAJIAN
AND BRANDON DECLARATIONS

Pursuant to the teachings of <u>De Cintio v. Westchester County Medical Center</u>, 821 F.2d 111, 114 (2d Cir. 1987), plaintiff moves to strike as inadmissible (hearsay, without foundation, inconsistent with prior sworn discovery, incompetent, or otherwise improper) portions of the Declarations of Brandon and Boyajian, Doc.s No. 49, 50. The declarations include improper legal assertions as to which the affiant cannot testify, or otherwise does not comply with Fed. R. Civ. P. 56(e).

A memorandum is submitted herewith.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 065l1
(203) 772-0395

This is to certify that the foregoing was mailed on July 12, 2004, postage prepaid, to:

Jonathan D. Elliot
Sabatino Fiano
P. O. Box 763
Southport CT 06490

_____/s/ Joanne S. Faulkner_____
Joanne S. Faulkner