FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EVELINE GOINS | : | CIVIL ACTION NO. |
| | : | 3:03 CV 636 (JBA) (JGM) |
| vs. | : | |
| JBC & ASSOCIATES, P.C. | : | |
| JACK H. BOYAJIAN | : | |
| MARVIN BRANDON | : | JULY 27, 2004 |

## DEFENDANT'S REPLY TO MOTION TO STRIKE

At page 2 of her opposition to the Defendant's Motion to Strike, the plaintiff asserts that, "If Brandon is a debt collector in the other cases, he is a debt collector in this case." This statement is plainly false. The irrefutable facts establish that the single letter at issue in this case does not bear Mr. Brandon's signature and was not sent by Mr. Brandon. The mere fact that Mr. Brandon engaged in other, earlier collection activities, does not make him a "debt collector" for all purposes at all times, and it certainly does not render him liable individually for conduct in which he did not engage.

As to pages 2-4 of the opposition, the plaintiff's repeated claims of the "intentional" nature of the alleged conduct bears out that the related assertions and documents have nothing whatsoever to do with the liability phase of this case. The alleged intentional nature relates only to the amount of statutory damages, 15 U.S.C. §1692(k). The fact that the statements or documents offered are irrelevant or immaterial, or are not properly supported or authenticated in the record, is simply an additional reason why they must be ignored for purposes of the pending motion, and therefore should be stricken.

1

THE DEFENDANTS,

By: _____
Jonathan D. Elliot (Ct 05762)
Kleban & Samor, P.C.
2425 Post Road
Southport, CT 06490
(203) 254-8969

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed postage prepaid this 27th day of July 2004, to:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511

_____
Jonathan D. Elliot

2