ref

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

GOINS                              :
                                                              2005 JAN 20 A 9: 21
v.                                 :       NO. 3:03cv636 (JBA)
                                                              U.S. DISTRICT COURT
JBC & ASSOC, PC, ET AL             :                          NEW HAVEN, CT

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Joan Glazer Margolis for the following purpose(s):

- Ruling on all pretrial motions except dispositive motions:

- Supervise discovery and resolve discovery disputes:

- Ruling/Hearing:

✔ - Settlement conference:

- Other:

IT IS SO ORDERED.

/Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: January 19, 2005