UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GOINS                              :

v.                                 :     NO. 3:03cv636 (JBA)

JBC & ASSOC, PC, ET AL             :

**FINAL SCHEDULING ORDER**

Ruling having issued on Motion for Summary Judgment this date, the following final schedule is ordered:

1. The parties' Joint Trial Memorandum will be filed 2/14/05.

2. A pre-trial conference will be held 2/17/05 at 4:00 p.m. in Chambers Room 118.

3. Jury Selection will be held 3/2/05 at 9:00 a.m. in Courtroom Two.

4. The parties are referred to Magistrate Judge Margolis for the purpose of conducting a settlement conference. See Order of Referral.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**   **January , 2005**