UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                                                  CASE NO. 3:03CV 636 (JBA)

JBC & ASSOCIATES, P.C. ET AL.                   January 31, 2005

<u>PLAINTIFF'S MOTION FOR EXTENSION OF TIME</u>

      Plaintiff moves for an extension of time for the Joint Trial Memorandum, the pretrial conference, and the jury selection date for two months. This is plaintiff's first such request. For cause, it is due to the undersigned's family obligations. Moreover, both counsel have competing trial dates in March. Defendant has no objection to the request. Magistrate Judge Margolis has graciously postponed the settlement conference scheduled for Feb. 3, 2005, to March 1, 2005, and the parties are hopeful of its success.

                                                                    THE PLAINTIFF

                                                         BY__/s/ Joanne S. Faulkner____
                                                      JOANNE S. FAULKNER ct04137
                                                      123 Avon Street
                                                      New Haven, CT 065l1
                                                      (203) 772-0395

      This is to certify that the foregoing was emailed on January 31, 2005, postage prepaid, to:

Jonathan D. Elliot
Sabatino Fiano
P. O. Box 763
Southport CT 06490

                                                        ___/s/ Joanne S. Faulkner__
                                                        Joanne S. Faulkner