**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**GOINS**                         :

**v.**                            :     NO. 3:03cv636 (JBA)

**JBC & ASSOC, PC, ET AL**        :

### ENDORSEMENT ORDER [DOC. #67]

Motion for Extension of Time [doc. #67] is DENIED, inasmuch as the motion is insufficiently specific to justify the requested extension sought. The following schedule remains in effect:

1. The parties' Joint Trial Memorandum will be filed 2/14/05.

2. A pre-trial conference will be held 2/17/05 at 4:00 p.m. at which time a trial schedule that accommodates both parties will be set.

3. Jury selection remains set down for 3/2/05 at 9:00 a.m.

                    IT IS SO ORDERED.

                              _____
                              Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:     February 4, 2005**