**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 FEB 11  P 2: 51

U.S. DISTRICT COURT
NEW HAVEN, CT

EVELINE GOINS

:          CIVIL ACTION NO.
:          3:03 CV 636 (JBA)
:
:
vs.
:
:
JBC & ASSOCIATES, P.C.          :
JACK H. BOYAJIAN                :
MARVIN BRANDON                  :          FEBRUARY 11, 2005

## UNOPPOSED MOTION TO AMEND SCHEDULE

The defendants, with the consent of the plaintiff, hereby move to postpone the filing of

the Joint Trial Memorandum, the pretrial conference and jury selection in the above matter until

dates after March 12, 2005. The plaintiff's counsel advises that she is out of state caring for a

newborn grandchild and does not have her files with her. Counsel's absence and lack of access

to her files makes it difficult, if not impossible, to confer adequately about the Joint Trial

Memorandum. Moreover, the added attorney time to be invested in the matter prior to the

settlement conference scheduled for March 1, 2005 will make more difficult the task of reaching

any settlement at that conference. In addition, the undersigned counsel's contact person for the

defendants is traveling, and the undersigned has had difficulty reaching the defendant in

connection with matters necessary to the preparation of the Joint Trial Memorandum.

This is the first motion by defendant directed to this recently established schedule and is

made with consent of the plaintiff's counsel.

1

THE DEFENDANTS,
JBC & ASSOCIATES, P.C.
JACK H. BOYAJIAN
MARVIN BRANDON


By:_____
            Jonathan D. Elliot (Ct 05762)
            Kleban & Samor, P.C.
            2425 Post Road
            Southport, CT 06490
            (203) 254-8969


## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed postage prepaid this 11th day of February, 2005, to:

            Joanne S. Faulkner, Esq.
            123 Avon Street
            New Haven, CT 06511


_____
Jonathan D. Elliot


2