UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
GOINS                        :

v.                           :     NO. 3:03cv636 (JBA)

JBC & ASSOC, PC, ET AL       :
```

### ENDORSEMENT ORDER [DOC. #70]

Defendant's unopposed motion to amend schedule [doc. #67] is GRANTED with no objections.  The following schedule ordered:

1. Parties' voir dire shall be filed on or before February 25, 2005.

2. Parties' Joint Trial Memorandum will be filed on or before 3/16/05.

3. Jury selection remains set down for 3/2/05 at 9:00 a.m.

4. Trial shall commence on April 4, 2005, at 8:30 a.m. in Courtroom two, 141 Church St., New Haven, Connecticut.

5. A pre-trial conference will be held 3/24/05 at 10:00 a.m., in Chambers room 118.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:  February  16, 2005**