UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **GOINS** | : |
| **v.** | : **NO. 3:03cv636 (JBA)** |
| **JBC ASSOCIATES, ET AL** | : |

**NOTICE TO COUNSEL**

On February 28, 2005, Attorneys Faulkner and Reynolds reported the above-entitled case as settled as to damages only. Further settlement discussions as to fees and costs will ensue with a fee applications, if appropriate, before Magistrate Judge Margolis. Under D. Conn. L. Civ. P. 41(b), a matter reported to be settled is to be dismissed if closing papers are not filed within (30) days thereafter. However, the parties have requested an additional 15 days. Accordingly, an order of dismissal will be entered on April 12, 2005 unless closing papers are filed on or before that date.

The Court appreciates the parties' efforts in settling this matter.

BY ORDER OF THE COURT,
KEVIN F. ROWE, CLERK

_____
Betty Jean Torday
Courtroom Deputy

**Dated at New Haven, Connecticut: February 28, 2005**