UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

    v.                                  CASE NO. 3:03CV 636 (JBA)

JBC & ASSOCIATES, P.C. ET AL.          February 23, 2005

## PLAINTIFF'S PROPOSED VOIR DIRE

      Pursuant to the Court's Order, plaintiff submits the attached voir dire. Defense counsel was provided with the proposal and declined to comment. Defense counsel advises that his clients, including Brandon and Boyajian, officers of the court (attorneys) in New Jersey and California respectively, have not responded to his communications about this Court's Trial and Settlement Conference orders.

                            THE PLAINTIFF

                            BY____/s/ Joanne S. Faulkner___
                            JOANNE S. FAULKNER ct04137
                            123 Avon Street
                            New Haven, CT 06511-2422
                            (203) 772-0395
                            j.faulkner@snet.net

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

    v.                                                                                          CASE NO. 3:03CV 636 (JBA)

JBC & ASSOCIATES, P.C. ET AL.                      February 23, 2005

## **PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

(In addition to standard questions as to whether they know the parties/ attorneys/ witnesses/ have prior jury experience or have ever been party to a lawsuit)

1. Are you or have you been in a business that tries to collect past due or unpaid accounts?

2. Do you have any family or household members or close friends who are or have been in a business that tries to collect past due or unpaid accounts?

3. Have you or has anyone in your family or friends worked for JBC & Associates, P.C., JBC & Associates, Inc., JBC Legal Group, P.C. or Boyajian Law Offices, P.C.?

4. If you find that JBC, Mr. Boyajian, or Mr. Brandon has violated any law, is there any reason you would NOT be willing to award damages to Ms. Goins for her emotional distress in accordance with the instructions given to you by the Court?

5. If you find that that JBC, Mr. Boyajian, or Mr. Brandon has violated any law, is there any reason you would NOT be willing to award statutory damages even if Ms. Goins had no actual damages for emotional distress and the like?

6. If you determine that that JBC, Mr. Boyajian, or Mr. Brandon has willfully violated any law, would you, for any reason, NOT be willing to award punitive damages to Ms. Goins in accordance with the instructions given to you by the Court?

7. Is there any reason that you could not sit and hear this case and render a verdict, in accordance with instructions given by the Court, which would be fair to both the plaintiff and the defendants under the evidence as it may be presented?

8. Do you have any philosophical, religious, or other belief that would prevent you from sitting in judgment on a case?

9. Do you have any health problems, such as hearing or eyesight, or any need to take medication which would interfere with your ability to sit as a juror on this case?

10. Could you <u>not</u> be fair and impartial, for any reason, whether for some reason that has already been discussed or any reason that has not been discussed, such as your beliefs or convictions about individuals, corporations, or the jury system?

      This is to certify that the foregoing was emailed on February 23, 2005, postage prepaid, to:

Jonathan D. Elliot
Sabatino Fiano
P. O. Box 763
Southport CT 06490

                                              ___/s/ Joanne S. Faulkner___
                                              Joanne S. Faulkner