FILED

2005 MAR -1 P 12: 57

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EVELINE GOINS | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:03CV 636 (JBA) |
| | : | |
| JBC & ASSOCIATES, P.C., | : | |
| JACK H. BOYAJIAN, | : | |
| MARVIN BRANDON | : | FEBRUARY 28, 2005 |
| Defendants. | : | |

## DEFENDANTS' PROPOSED VOIR DIRE

Pursuant to the Court's Order, defendants submit the attached proposed voir dire.

DEFENDANTS,
JBC & ASSOCIATES, P.C., JACK H.
BOYAJIAN, MARVIN BRANDON

By: _____
Peter R. Reynolds
Federal Bar Number (ct06535)
MacDermid, Reynolds & Glissman, P.C.
86 Farmington Avenue
Hartford, CT 06105
Tel. (860) 278-1900
Fax (860) 547-1191
preynolds@mrglaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EVELINE GOINS | : |
|     Plaintiff, | : |
| | :   CIVIL ACTION NO. |
| v. | :   3:03CV 636 (JBA) |
| | : |
| JBC & ASSOCIATES, P.C., | : |
| JACK H. BOYAJIAN, | : |
| MARVIN BRANDON | :   FEBRUARY 28, 2005 |
|     Defendants. | : |

### DEFENDANTS' PROPOSED VOIR DIRE

In addition to standard questions regarding the parties, attorneys, witnesses, and prior jury and litigation experience, defendants propose the following voir dire questions:

1. Have you, or any member of your family, ever been employed by a collection agency or by a collection department of any business? If so, please explain.

2. Have you, or any member of your family, ever done business or had any contact or experience with any of the defendants just named? If so, please explain.

3. Have you served as a juror before? If so:

   a) When did you serve?

   b) In what court?

   c) Was the case criminal or civil?

   d) Generally, what was the case about?

   e) What was the result?

4. Will you be able to put aside the instructions given in that civil case, particularly those regarding the burden of proof, and follow the instructions that the judge will give you in this case?

5. Have you ever been a witness in a lawsuit? If so, please describe.

6. Have you ever testified before in court?

7. Have you ever experienced any personal dealings with a collection agency? How would you describe your experience? How did the debt collector or agency conduct itself?

8. Has anyone ever sent you a bill that you did not agree that you owe? Did you ever want to sue anyone over it? Describe the circumstances.

9. Have you ever sued anyone? Who? Describe generally what the lawsuit was about.

10. Have you ever been sued by anyone? Who? Describe generally what the lawsuit was about.

11. Is there anything you would like to tell me concerning your opinion of persons who bring lawsuits claiming money damages in a lawsuit?

12. Do you have any beliefs in general about debt collectors or collection agencies that might affect your ability to be impartial in this case?

13. Do you have any beliefs in general about credit card companies? Would your beliefs affect your ability to be impartial in this case?

14. Do you have any thoughts or feelings that simply because someone filed a

lawsuit, the person or company sued must have done something wrong?

15. Do you have any thoughts or feelings that simply because someone filed a lawsuit, the person suing is entitled to monetary compensation?

16. Do you understand that sympathy is to play no role in your deliberations?

17. If you find, after hearing all of the evidence and the judge's instructions as to the law to be applied in the case, that the plaintiff has sustained his burden of proof that the defendant was in violation of a statute, would you be able not to award actual damages if no such damages were shown?

18. Could you not be fair and impartial, for any reason, whether for some reason that has already been discussed or any reason that has not been discussed?

19. Have you ever known anyone who went through a bankruptcy? Describe what you know about their experience.

20. Do you have any knowledge of bankruptcy law or procedure? Explain.

                                                   DEFENDANTS,
                                                   JBC & ASSOCIATES, P.C., JACK H.
                                                   BOYAJIAN, MARVIN BRANDON

By: _____
        Peter R. Reynolds
        Federal Bar Number (ct06535)
        MacDermid, Reynolds & Glissman, P.C.
        86 Farmington Avenue
        Hartford, CT 06105
        Tel. (860) 278-1900
        Fax (860) 547-1191
        preynolds@mrglaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing was forwarded via e-mail and first class mail, postage prepaid this 28th day of February, 2005 to the following counsel of record:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511-2422

_____
Peter R. Reynolds

MacDermid, Reynolds & Glissman, P.C.
ATTORNEYS AT LAW
86 Farmington Avenue • Hartford, Connecticut 06105 • Tel. (860) 278-1900 • Fax (860) 547-1191 • Juris No. 408391