```
                                                    FILED

                                                2005 MAR -1  P 12: 57

            UNITED STATES DISTRICT COURT DISTRICT COURT
              FOR THE DISTRICT OF CONNECTICUT NEW HAVEN, CT
```

EVELINE GOINS          :
       Plaintiff,   :
                     :    CIVIL ACTION NO.
v.                     :    3:03CV 636 (JBA)
                     :
JBC & ASSOCIATES, P.C.,:
JACK H. BOYAJIAN,      :
MARVIN BRANDON         :    FEBRUARY 28, 2005
       Defendants.  :

## APPEARANCE

To the Clerk of this court and all parties of record, please enter our appearances as counsel in this case for all the defendants.

                                      DEFENDANTS,
                                      JBC & ASSOCIATES, P.C., JACK H.
                                      BOYAJIAN, MARVIN BRANDON

By:       _____
              Peter R. Reynolds
              Federal Bar Number (ct06535)
              preynolds@mrglaw.com

              _____
              Edward S. Shelton
              Federal Bar Number (ct19722)
              MacDermid, Reynolds & Glissman, P.C.
              86 Farmington Avenue
              Hartford, CT 06105
              Tel. (860) 278-1900
              Fax (860) 547-1191
              eshelton@mrglaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing was forwarded via e-mail and first class mail, postage prepaid this 28th day of February, 2005 to the following counsel of record:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511-2422

Jonathan D. Elliot, Esq.
Kleban & Samor PC
2425 Post Road
PO Box 763
Southport, CT 06490-0763

_____
Peter R. Reynolds