UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED *End*

2005 MAR -9  A 9: 22

U.S. DISTRICT COURT
NEW HAVEN, CT

GOINS            :

v.               :    NO. 3:03cv636 (JBA)

JBC & ASSOC, PC, ET AL  :

### ENDORSEMENT ORDER [DOC. #76]

Motion to Withdraw as Counsel [doc. #76] is GRANTED. The Court notes the appearance on the record of Attorney Reynolds.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:   March 8, 2005