UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

    v.                                      CASE NO. 3:03CV 636 (JBA) (JGM)

JBC & ASSOCIATES, P.C. ET AL.                March 22, 2005

### PLAINTIFF'S MOTION FOR DISCOVERY ORDER RE FEES

One of the factors the Court considers in determining the reasonableness of a fee application is the opponent's fees. Accordingly, plaintiff moves for an order that defendants produce their time and billing records in this case on or before the date of the April 7 fee conference. A memorandum is filed herewith.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net

This is to certify that the foregoing was mailed on March 22, 2005, postage prepaid, to:

Peter Reynolds
MacDermid, Reynolds & Glissman, P.C>
86 Farmington Ave
Hartford CT 06105

                                     __/s/ Joanne S. Faulkner_____
                                     Joanne S. Faulkner