UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

    v.                                            CASE NO. 3:03CV 636 (JBA) (JGM)

JBC & ASSOCIATES, P.C. ET AL.           April 2, 2005

## PLAINTIFF'S FEE APPLICATION

        Plaintiff applies for an award of fees against defendants in the sum of $25,221. Plaintiff prevailed on her motion for partial summary judgment, and defendants paid $1,500 to plaintiff, more than the maximum statutory damages. Plaintiffs also intend to seek $895.19 in expenses, including filing and deposition costs. Counsel submits a memorandum and an affidavit as to time and experience herewith.

                                      THE PLAINTIFF

                                      BY____/s/ Joanne S. Faulkner_____
                                      JOANNE S. FAULKNER ct04137
                                      123 Avon Street
                                      New Haven, CT 06511-2422
                                      (203) 772-0395

    This is to certify that the foregoing was mailed on April 2, 2005, postage prepaid, to:

Peter Reynolds
MacDermid, Reynolds & Glissman, P.C.
86 Farmington Ave
Hartford CT 06105

                                        __/s/ Joanne S. Faulkner_____
                                        Joanne S. Faulkner