UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

     v.                                  CASE NO. 3:03CV 636 (JBA) (JGM)

JBC & ASSOCIATES, P.C.  ET AL.               April 2, 2005

REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR
DISCOVERY ORDER RE FEES

     Defendants have stated their intent to claim that plaintiff's hours expended were excessive. Plaintiff is convinced that plaintiff's fee application will seem eminently reasonable in comparison with defense counsel's time and billings.  Defendants cannot be allowed to make claims about the excessiveness of plaintiff's billings unless they are willing to show their own attorneys' billings as a guideline. The burden of proof is on the opponent to present specific evidence that a lower amount is appropriate. E.g., United States Football League v. National Football League, 887 F.2d 408, 413 (2d Cir. 1989).

     In order to make the settlement conference of April 7 as informed and productive as possible, defendants should produce their time and billing records in this case on or before the date of the April 7 fee conference.

     *Black v. Lojac Enterprises, Inc.*, 117 F.3d 1420 (6th Cir. 1997) (per curiam) ("Undoubtedly, where the issue of reasonableness of the time expended is fully joined, the amount of time spent by the opposing party is a relevant benchmark as to the amount of time reasonably required."); H. Newberg, Attorney Fee Awards, §6.07 at 94 (1986)("[w]hen the fee applicants hours or rates are challenged, the applicant will commonly seek discovery of the opposing  party's hours expended and rates charged in the litigation, to seek to prove the reasonableness of the applicant's fee request …").

1

                                        THE PLAINTIFF

                              BY____/s/ Joanne S. Faulkner___
                              JOANNE S. FAULKNER ct04137
                              123 Avon Street
                              New Haven, CT 06511-2422
                              (203) 772-0395
                              j.faulkner@snet.net

    This is to certify that the foregoing was mailed on April 2, 2005, postage prepaid, to:

Peter Reynolds
MacDermid, Reynolds & Glissman, P.C.
86 Farmington Ave
Hartford CT 06105

                                    __/s/ Joanne S. Faulkner_____
                                    Joanne S. Faulkner