**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**GOINS**                           :

**v.**                              :    NO. 3:03cv636 (JBA)

**JBC & ASSOC, PC, ET AL**          :

### ENDORSEMENT ORDER [DOC. #81]

Motion for Discovery Order Re Fees [doc. #81] is DENIED without prejudice to renew if defendant's response to plaintiff's now pending Motion for Attorney Fees [doc. #83] implicates necessity for such discovery.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:   April 19, 2005**