UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

    v.                                                      CASE NO. 3:03CV 636 (JBA)

JBC & ASSOCIATES, P.C. ET AL.                   December 23, 2005

## **MOTION TO SUPPLEMENT PLAINTIFF'S FEE APPLICATION**

Plaintiff moves for permission to supplement her fee application by submitting an award against the corporate defendant finding 262 hours reasonably expended, contrary to defendant's argument that the approximately 85 hours expended herein was excessive. Copy of <u>Dunaway v JBC & Associates, Inc.</u>, Civil No. 03-73597 (E.D. Mich. Dec. 19, 2005) attached.

                                                                        THE PLAINTIFF

                                                      BY____/s/ Joanne S. Faulkner_____
                                                      JOANNE S. FAULKNER ct04137
                                                     123 Avon Street
                                                     New Haven, CT 065l1-2422
                                                     (203) 772-0395

       This is to certify that the foregoing and attached was mailed on December 23, 2005, postage prepaid, to:

Peter Reynolds
MacDermid, Reynolds & Glissman, P.C.
86 Farmington Ave
Hartford CT 06105

                                                     __/s/ Joanne S. Faulkner_____
                                                     Joanne S. Faulkner