UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

    Vs.                                      CIVIL NO: 3:03CV636 JBA
JBC & ASSOCIATES, P.C.
JACK H. BOYAJIAN
MARVIN BRANDON

## JUDGMENT

This cause come on for consideration on the plaintiff's motions for partial summary judgment and attorney's fees, before the Honorable Janet Bond Arterton, United States District Judge.

The Court having considered all of the papers filed in conjunction with the motions, on January 18, 2005, the Court entered a ruling granting plaintiff's motion for partial summary as to the FDCPA claims against defendants JBC & Associates, P.C. and Jack H. Boyajian and denying the CUTPA and FDCPA claim against defendant Marvin Brando and on March 6, 2006, a ruling entered awarding attorney fees in the amount of $ 23,421.00 and $895.19 in costs.

It is hereby ORDERED and ADJUDGED that judgment is entered favor of the plaintiff and attorney's fees and costs are granted for a total award of $24,316.19 and the case is closed.

Dated at New Haven, Connecticut this 7th day of March, 2006.

                                                                                       KEVIN F. ROWE, Clerk

EOD_____                                                  _____/s/_____
                                                                                              By Betty J. Torday
                                                                                                 Deputy Clerk