UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GOINS                                    :

v.                                       : NO. 3:03cv636 (JBA)

JBC & ASSOCIATES, JACK H. BOYAJIAN,
MARVIN BRANDON                           :

## NOTICE TO DEFENDANTS JBC & ASSOCIATES, JACK H. BOYAJIAN and MARVIN BRANDON

By Motion dated October 2, 2006, Attorneys Peter R. Reynolds and Edward S. Shelton seeks Court permission to withdraw their appearances on behalf of you, defendants JBC & Associates, Jack H. Boyajian and Marvin Brandon, because they have been unable to contact you, and they have had no response to their letters and telephone messages to you.  Pursuant to D. Conn. L. Civ. R. 7(e) their Motions will remain under advisement until October 24, 2006 to give you opportunity to retain replacement counsel or, alternatively, as to the individual defendants only, to file pro se appearances on your own behalf.  Any attorney appearances on your behalf must be filed with the Clerk of Court no later than October 24, 2006.  (Form attached.)

On October 24, 2006, Attorneys Reynolds and Shelton's Motions to Withdraw Appearances [98, 99] will be granted for good cause shown.  If no appearance is filed on your behalf by that date you may be deemed to have failed to appear, plead and/or comply with a court order.  Plaintiff may move for default against you on these grounds, and if granted, then move for default judgment against you

under Fed. R. Civ. P. 55.

If a default judgment is entered against you, it may only be set aside in accordance with Fed. R. Civ. P. 60(b).

                                              IT IS SO ORDERED.

                                              /s/
                                              Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: October 11, 2006**