# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

### CASE NUMBER:

**To the Clerk of this court and all parties of record:**

**Enter my appearance as counsel in this case for: PRO SE**

---
**Date**
    **N/A**

---
**Connecticut Federal Bar Number_____**

---
**Telephone Number_____**

---
**Fax Number**

---
**E-mail address**

---
**Signature**

---
**Print Clearly or Type Name**

---
**Address**

---

## CERTIFICATE OF SERVICE

**This is to certify that the foregoing Appearance was mailed on this date to the following:**

---
    **Signature**

**(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)**

Appearance.frm.Jan.24