## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **GOINS** | : |
| **v.** | : NO. 3:03cv636 (JBA) |
| **JBC & ASSOCIATES, P.C.; JACK H. BOYAJIAN; MARVIN BRANDON** | : |

### ENDORSEMENT ORDER [98, 99, 101, 102]

On October 11, 2006 the Court issued its Notice to Defendants JBC & Associates, Jack H. Boyajian and Marvin Brandon [100] notifying defendants that it would grant Attorneys Reynolds and Shelton's Motions to Withdraw Appearances [98, 99, corrected by 101 and 102] on October 24, 2006.  Defendants JBC & Associates, Jack H. Boyajian and Marvin Brandon were notified that failure to obtain the appearance of substitute counsel (or file their individual *pro se* appearances) by October 24, 2006 may be deemed a failure to appear, plead and/or comply with a court order.  No replacement counsel having entered an appearance on JBC & Associates behalf, nor extension of time sought, nor any *pro se* appearances having been filed on behalf of defendants Boyajian nor Brandon, plaintiff may now move for default against you on these grounds, and then may move for default judgment against you under Fed. R. Civ. P. 55.  If a default judgment is entered against you, it may only be set aside in accordance with Fed. R. Civ. P. 60(b).

For the reasons set forth above, Attorneys Reynolds and Shelton's Motions are GRANTED.

                                        IT IS SO ORDERED.

                                        /s/
                                        Joan Glazer Margolis, USMJ

**Dated at New Haven, Connecticut: October 24, 2006**