UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**WRIT OF EXECUTION
(APPLICATION)**

Eveline Goins

    Plaintiff    :

                  :

v.                :          Civil No.  3:03cv636 (JBA)

Marvin Brandon      :

    Defendant   :

ADDRESS OF COURT:

DATE OF JUDGMENT:
3/7/2006

NAME OF JUDGMENT CREDITOR MAKING APPLICATION:

Eveline Goins

NAME OF JUDGMENT DEBTOR:

Marvin Brandon

| | | |
|---|---|---|
| 1. | AMOUNT OF JUDGMENT: | $24,421.00 |
| 2. | AMOUNT OF COSTS: | 895.19 |
| 3. | AMOUNT OF INTEREST (if applicable): | |
| 4. | TOTAL JUDGMENT AND COSTS: | $24316.19 |
| 5. | TOTAL PAID ON ACCOUNT: | 0 |
| 6. | TOTAL UNPAID JUDGMENT: | $24,316.19 + interest at federal rate |

SIGNED:

_Joanne S. Faulkner_                 8/20/07

Name of Attorney or party making application        Date

Joanne S. Faulkner

123 Avon Street New Haven CT 06511

203-772-0395

Address and Phone Number

(Rev. 10/27/04)

## INSTRUCTIONS FOR WRIT OF EXECUTION
## (APPLICATION)

Name and mailing address of Judgment Creditor or attorney

Attorney Joanne S. Faulkner,  123 Avon Street,  New Haven CT 06511

**PLAINTIFF OR PLAINTIFF'S ATTORNEY** - Type or Print. Complete original and 4 copies of the Application. If judgment debtor is a natural person, attach copy of Exemption Form. Present original and 3 copies to Clerk of Court.

**CLERK** - Check the file to ensure that no stay of enforcement has been entered on the judgment, the time for filing an appeal of the judgment has expired, no appeal has been filed staying enforcement of the judgment and that the information provided on the application is correct. Sign original execution; original and copies to the applicant. Retain a copy for the file.

**MARSHAL** - Make execution as directed in the "Execution" section. Make return on signed original within four months from the date this execution issued. If judgment debtor is a natural person, attach exemption form to copy(ies) of execution served. Complete Section II on exemption claim form.

**PERSON IN POSSESSION OF PROPERTY OF JUDGMENT DEBTOR WHO IS A NATURAL PERSON** - Pursuant to Conn. Gen. Stat. § 52-356a, you are required to mail to the judgment debtor (indicated on reverse side) at his last known address, postage prepaid, a copy of this property execution and the attached property execution exemption claim form. Complete Section III on exemption claim form before mailing it to judgment debtor. Twenty days from the date of the service of this property execution, you must deliver to the marshal property owned by the judgment debtor. EXCEPT (1) If an exemption claim has been filed with the court you shall withhold delivery of the property or payment of the debt owed by you subject to the determination of the exemption claim by the court and (2) if the debt owed by you to the judgment debtor is not due at the expiration of the twenty days, you shall pay the amount to the marshal when the debt becomes due if it becomes due within four months after the date of issuance of this execution.

**PERSON IN POSSESSION OF PROPERTY OF JUDGMENT DEBTOR WHO IS NOT A NATURAL PERSON** - Pursuant to Conn. Gen. Stat. § 52-356a, you are required to deliver to the marshal, property in your possession owned by the judgment debtor or pay to the marshal the amount of a debt owed by you to the judgment debtor, provided, if the debt owed by you is not yet payable, payment shall be made to the marshal when the debt becomes due within four months after the date of issuance of this execution.