UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EVELINE GOINS

CIVIL ACTION NO.    3:03CV 636 (JBA)

JBC & ASSOCIATES, P.C., MARVIN BRANDON, JACK BOYAJIAN

MOTION FOR APPOINTMENT OF PERSON
TO SERVE PROCESS

Plaintiff moves this Court to appoint State Marshal  Robert Miller_____, a

qualified person over eighteen (18) years of age, residing in New Haven County_____,

Connecticut, and not a party to or attorney in this action to serve papers, other than the summons

and complaint, in the above-entitled action for the reason that the United States Marshal's Office

no longer makes service of private process.  (See Rule 4, F.R.Civ.P.)

Dated at New Haven_____, Connecticut, this _____ day of August, 2007_____, _____.


_____          _____
                                                                      Attorney for Plaintiff
                                                         /s/ Joanne S. Faulkner ct04137

                                                         123 Avon St, New Haven CT 06511

SO ORDERED.

KEVIN F. ROWE, CLERK

By:_____

_____Deputy Clerk

Dated:_____, _____

Procedure\process.apt\Rev.9/99